UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHOLAS FRANCE and
GRETCHEN FRANCE,

          Plaintiff,          Case No.

v.

DITECH FINANCIAL LLC,

          Defendant.

_____/

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, DITECH FINANCIAL LLC ("Defendant"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, files this Notice of Removal to remove the action described below from the Circuit Court of the Sixth Judicial Circuit Court in and for Pasco County, Florida to the United States District Court for the Middle District of Florida, Tampa Division. In support of this Notice of Removal, Defendant states as follows:

1. On or about November 8, 2017, Plaintiffs, NICHOLAS FRANCE and GRETCHEN FRANCE (together, "Plaintiffs"), filed a Complaint and Jury Demand against Defendant in Pasco County styled *NICHOLAS FRANCE, ET AL. V. DITECH FINANCIAL LLC*, Case No. 512017CA003314CAAXWS (the "State Court Case"). Plaintiff asserts three (3) causes of action for purported violations of the Florida Consumer Collection Practices Act, Fla. Stat. § 559.77 (Count I), the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (Count II) ("FDCPA"), and the Telephone Consumer Protective Act, 47 U.S.C. § 227, et seq. (Count III) ("TCPA").

2. On November 20, 2017, Defendant was served with Plaintiff's Summons and Complaint. A copy of all process, pleadings, and orders served upon Defendant is attached as **Composite Exhibit A**.

3. Defendant timely files this Notice of Removal within thirty (30) days of being served with the Summons and Complaint. *See* 28 U.S.C. § 1446(b); Fed. R. Civ. P. 6(a).

4. This case is properly removable pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Defendant removes this case pursuant to 28 U.S.C. § 1331 because this action "arises under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

6. A federal question can arise in two instances: (1) when federal law creates a plaintiff's right to relief and (2) when state law creates "the plaintiff's right to relief" but the resolution of the case "necessarily depends . . . of a substantial question of federal law." *Franchise Tax Bd. v. Construction Laborers Vacation Trust*, 463 U.S. 1, 28 (1983).

7. Plaintiff's Complaint alleges causes of action for alleged violations of FDCPA and TCPA, both federal statutes, codified in 15 U.S.C. § 1692, et seq. and 47 U.S.C. § 227, et seq., respectively. As such, this matter is properly removable as the Complaint is based on alleged violations of federal law.

8. Removal at the present time will not result in any prejudice to Plaintiff as the matter is in the initial pleading stage, and no discovery has occurred.

9. In accordance with 28 U.S.C. § 1446(d), Defendant will promptly serve a copy of this Notice on Plaintiff and will file a copy of the Notice with the Clerk of the Circuit Court for the Sixth Judicial Circuit Court in and for Pasco County, Florida.

10. With this Notice of Removal, Defendant has filed true and accurate copies of all process and pleadings served upon it in this action as required by 28 U.S.C. § 1446(a). *See* Composite Exhibit A.

WHEREFORE, Defendant, DITECH FINANCIAL LLC, respectfully removes the above-captioned action from the Circuit Court for the Sixth Judicial Circuit Court in and for Pasco County, Florida.

Respectfully submitted,

_____
Timothy A. Andreu (FBN: 443778)
tandreu@bradley.com
E. Tyler Samsing (FBN: 28380)
tsamsing@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 N. Tampa Street, Suite 2200, Tampa, FL 33602
Telephone: (813) 559-5500 | Fax: (813) 229-5946

*Counsel for Ditech Financial LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2017, a copy of the foregoing was served by electronic mail to counsel for plaintiff, Andrew M. Lyons, Esq., and Rebbecca A. Goodall, Esq., The Lyons Law Group, P.A., at pleadings@lyonslawgroup.com.



_____
Attorney

1/4388579.1