## Paula S. O'Neil, Ph.D.
Clerk & Comptroller Pasco County, Florida

New Search   Expand All

| Case Number | Filed Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|
| 512017CA003314CAAXWS [2017CA003314CAAXWS] | 11/08/2017 | PASCO | Circuit Civil 3-D | OPEN | No | Yes |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 11/08/2017 | OTHER CIVIL | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| BYRD, KIMBERLY SHARPE | JUDGE | | |
| FRANCE, NICHOLAS | PLAINTIFF | GOODALL, REBBECCA ANN | 115344 |
| FRANCE, GRETCHEN | PLAINTIFF | GOODALL, REBBECCA ANN | 115344 |
| DITECH FINANCIAL LLC | DEFENDANT | ANDREU, TIMOTHY ALLEN | 443778 |

### Dockets

**Page : 1**          10 ▼

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 12 | 12/01/2017 | Return of Service on Summons Served DITECH FINANCIAL LLC; 112017 | 1 |
| | 10 | 11/22/2017 | Notice Of Appearance FILED BY E. TYLER SAMSING ESQ OBO DEF | 2 |
| | 11 | 11/22/2017 | Notice Of Appearance FILED BY TIMOTHY A ANDREU ESQ OBO DEF | 2 |
| | 9 | 11/15/2017 | Summons Issued And Returned To DITECH FINANCIAL LLC ISSUED PROCESS SERVER | 2 |
| | 2 | 11/09/2017 | Judge: Assigned | |
| | 1 | 11/08/2017 | Case 512017CA003314CAAXWS Filed with Clerk on 11/8/2017 | |
| | 3 | 11/08/2017 | Civil Cover Sheet | 2 |
| | 4 | 11/08/2017 | Complaint | 20 |
| | 7 | 11/08/2017 | Request For Admissions FILED BY PLFS | 4 |
| | 5 | 11/08/2017 | Request For Production FILED BY PLFS | 7 |

### Judge Assignment History

### Court Events

### Financial Summary

### Reopen History

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR PASCO COUNTY, FLORIDA, CIVIL DIVISION

NICHOLAS FRANCE AND GRETCHEN FRANCE, ETC.,

                    Plaintiff(s),

vs.

DITECH FINANCIAL, LLC, ET.AL.

                    Defendant(s).

_____/

Case No.: 2017-CA-003314

**VERIFIED RETURN OF SERVICE**



Pursuant to the request of **DALY PROCESS SERVICE GROUP INC.**, received this process on **11/16/2017** at **8:23 AM** to be served upon:

**DITECH FINANCIAL, LLC**

STATE OF FLORIDA
COUNTY OF BROWARD        ss.

I, **SANDRA QUINONES**, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On **11/20/2017** at **4:15 PM**, I served the within **SUMMONS; FORM 1.997, CIVIL COVER SHEET; COMPLAINT AND JURY DEMAND; PLAINTIFFS' FIRST REQUEST FOR PRODUCTION TO DEFENDANT; PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT AND NOTICE OF FILING; PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS** on DITECH FINANCIAL, LLC at C/O C T CORPORATION SYSTEM 1200 S PINE ISLAND RD, PLANTATION, FL33324 in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process with the date and hour endorsed thereon by me to CT CORPORATION SYSTEM INC. , **REGISTERED AGENT** of the above named corporation and informing him/her of the contents.

Comments/Prev. Attempts: **BY LEAVING PAPERS WITH DONNA MOCH, SENIOR CORPORATE OPERATIONS MANAGER OR CT CORPORATION SYSTEM.**

Under penalty of perjury I declare that I have read the foregoing Verified Return Of Service and that the facts stated in it are true.

I certify that I am over the age of 18. I am not a party to this action and have no interest in the process being served. I am a Certified Process Server in good standing and have proper authority in the jurisdiction in which this service was made. Under the penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. Notary Not Required Pursuant To F.S. 92.525(2).

X _____

SANDRA QUINONES - Cert/Appt#: #394
DALY PROCESS SERVICE GROUP INC.



*149894*

**IN THE CIRCUIT COURT OF THE SIXTH JUDICAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION**

NICHOLAS FRANCE AND
GRETCHEN FRANCE,

     **Plaintiffs,**

v.
                          **Case No.: 2017-CA-003314**

DITECH FINANCIAL, LLC,

     **Defendant.**

_____/

**SUMMONS**

     **YOU ARE COMMANDED** to serve this summons and a copy of the complaint, Plaintiff's First Request for Production of Documents, Request for Admissions, and Request for Interrogatories in the above-styled cause on the Defendant:

DITECH FINANCIAL, LLC
c/o C T CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION, FL 33324

     A lawsuit has been filed against you. You have 20 calendar days after this *summons* is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

     If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

REBBECCA A. GOODALL, ESQUIRE
Attorney for the Plaintiff
4103 Little Road
New Port Richey, FL 34655

PAULA S. O'NEIL
CLERK OF THE COURT

Dated this: 11-15-17

By: /s/ Cynthia Ferdon-Gaede
          Deputy Clerk

Issued/Ret'd Process Server

## FOR PROCEEDINGS BEFORE THE COURTS OF PASCO COUNTY

**If you are a person with a disability who needs reasonable accommodation in order to participate in this proceeding, you are entitled, at no cost to you to the provision of certain assistance.   Within two (2) working days of your receipt of this summons and complaint please contact the Public Information Dept. Pasco County Government Center, 7530 Little Rd., New Port Richey, FL 34654; (727) 847-8110 (V)   in New Port Richey; (352) 521-4274, ext. 8110 (V) in Dade City; via 1-800-955-8771 if you are hearing impaired.   The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding transportation services.**

### PLEASE NOTE

**PROPER DRESS IS REQUIRED or you may be held in contempt or refused admittance. NO shorts, undershirts, tank tops, etc.**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 64520536 E-Filed 11/22/2017 10:15:06 AM

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION**

NICHOLAS FRANCE and
GRETCHEN FRANCE,

       Plaintiffs,

                                    CASE NO. 2017-CA-003314

v.

DITECH FINANCIAL, LLC,

       Defendant.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    PLEASE TAKE NOTICE that E. Tyler Samsing of the law firm of BRADLEY ARANT

BOULT CUMMINGS LLP, appears as counsel in this case for Defendant, Ditech Financial, LLC, and

requests service of all pleadings, notices, and other papers filed in this case as follows:

> E. Tyler Samsing
> **BRADLEY ARANT BOULT CUMMINGS LLP**
> 100 North Tampa Street, Suite 2200
> Tampa, Florida 33602
> Telephone: (813) 559-5500 | Fax: (813) 229-5946
> Primary E-Mail:
> tsamsing@bradley.com and
> Secondary E-Mail:
> djones@bradley.com

> /s/ E. TYLER SAMSING
> Timothy A. Andreu (FBN: 443778)
> tandreu@bradley.com
> E. Tyler Samsing (FBN: 28380)
> tsamsing@bradley.com
> **BRADLEY ARANT BOULT CUMMINGS LLP**
> 100 N. Tampa Street, Suite 2200, Tampa, FL 33602
> Telephone: (813) 559-5500 | Fax: (813) 229-5946

> *Counsel for Defendant Ditech Financial, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to all counsel of record and other participants in the Court's ECF filing system.


/s/ E. TYLER SAMSING
Attorney

2

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION**

NICHOLAS FRANCE and
GRETCHEN FRANCE,

       Plaintiffs,

                                        CASE NO. 2017-CA-003314

v.

DITECH FINANCIAL, LLC,

       Defendant.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

      PLEASE TAKE NOTICE that Timothy A. Andreu of the law firm of BRADLEY ARANT

BOULT CUMMINGS LLP, appears as counsel in this case for Defendant, Ditech Financial, LLC, and

requests service of all pleadings, notices, and other papers filed in this case as follows:

                       Timothy A. Andreu
                       **BRADLEY ARANT BOULT CUMMINGS LLP**
                       100 North Tampa Street, Suite 2200
                       Tampa, Florida 33602
                       Telephone: (813) 559-5500 | Fax: (813) 229-5946
                       Primary E-Mail:
                       tandreu@bradley.com and
                       Secondary E-Mail:
                       djones@bradley.com

                                   /s/ TIMOTHY A. ANDREU
                                   Timothy A. Andreu (FBN: 443778)
                                   tandreu@bradley.com
                                   E. Tyler Samsing (FBN: 28380)
                                   tsamsing@bradley.com
                                   **BRADLEY ARANT BOULT CUMMINGS LLP**
                                   100 N. Tampa Street, Suite 2200, Tampa, FL 33602
                                   Telephone: (813) 559-5500 | Fax: (813) 229-5946

                                   *Counsel for Defendant Ditech Financial, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to all counsel of record and other participants in the Court's ECF filing system.

/s/ TIMOTHY A. ANDREU
Attorney

2

Filing # 63958890 E-Filed 11/08/2017 04:34:58 PM

IN THE CIRCUIT COURT OF THE SIXTH JUDICAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

NICHOLAS FRANCE AND
GRETCHEN FRANCE,

        Plaintiffs,

                                     Case No.:_____

v.

DITECH FINANCIAL, LLC,

        Defendant.

_____/.

## PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS

Plaintiffs, Nicholas France and Gretchen France, by and through the undersigned

attorney, hereby request that the Defendant, Ditech Financial, LLC admit or deny the following

statements:

### Instructions & Definitions

1. If you interpose an objection to providing the requested information please set forth the following:

   a. The entire basis for your objection including reference to any statutory, administrative rule/regulation, case law or common law authority for such an objection.

   b. If your objection is based upon the work product doctrine, set forth the following information:

      i. The entire basis for your objection including reference to any statutory, administrative rule/regulation, case law or common law authority for such an objection.

      ii. If your objection is based upon the work product doctrine, set for the following information:

1. Whether or not the requested information exists and the general nature or such items (ex. tape recording of Plaintiff).

2. IDENTIFY the individuals who have possession of the requested information.

3. The date the requested information or items were created and the date same was obtained by you.

iii. If any objection is made based upon acclaim of privilege as to any response, Defendant shall state the legal basis for the privilege Defendant is invoking and provide a default privilege log to support the invocation of such privilege.

iv. Provide any and all information or items which fall within the scope of the request and against no objection is asserted or applicable.

2. If no date or time is specified, assume it to be a period beginning with the date in which this document is responded to extending through the period for four (4) years prior to that date.

3. The "Defendant", "You", or "Your" refers to the named Defendant, Ditech Financial, LLC.

4. The "Plaintiff" or "Plaintiffs" refers to the named Plaintiffs, Nicholas France and Gretchen France.

5. The "Complaint" refers to the most recent Complaint filed in the above styled action.

6. The "Account" refers to Defendant's account number, loan number, or reference number xxxxxx1420.

7. The "Debt" refers to the amount of money allegedly owed by the Plaintiffs on the Account.

8. "Collections" or "Collection Activity" refers to any and all attempts to collect monies allegedly owed with regard to consumer debts or accounts by whatever means, including but not limited to phone calls, letters, and posting accounts with Credit Reporting Agencies such as but not limited to TransUnion, Equifax, or Experian.

## REQUESTED ADMISSIONS

1. Plaintiffs are consumers.

2. The Defendant is a debt collector.

3. The subject debt is a consumer debt incurred for personal, family, or household purposes.

4. Defendant received the loan servicing file and information regarding Collection Activity on Plaintiffs' Account as part of the transfer of this debt.

5. Defendant received Plaintiffs' dispute of the validity of the debt dated July 12, 2016.

6. Defendant received a copy of the Demand for Verification of Debt and Notice to Cease and Desist dated November 2, 2016.

7. Defendant telephoned Plaintiffs' cellular telephones from calendar years 2014 through 2017.

8. Defendant did not have Plaintiffs' prior express consent to contact Plaintiffs' cellular telephones using an automated dialing system.

9. Defendant did not have Plaintiffs' prior express consent to contact Plaintiffs' cellular telephones using an artificial prerecorded voice.

10. Defendant spoke with Plaintiff on March 8, 2017, wherein Plaintiff informed Defendant she was represented by legal counsel.

11. Defendant spoke with Plaintiff on March 8, 2017, wherein Plaintiff informed Defendant she wanted all communications to cease and desist.

12. Defendant called Plaintiffs with telephone equipment that has the capacity to store or produce telephone numbers to be called using a random or sequential number generator and/or dialing calls without human intervention

13. The Defendant's employees are not monitored by the Defendant in order to ensure compliance with the local, state, or federal laws, codes, or regulations with regard to Collection Activity.

ANSWERS OR OBJECTIONS, if any, must be served upon the undersigned attorney, at the below notes address, on or before forty-five (45) days after service of the Request for Admissions. Otherwise, these Statements shall be deemed admitted.

THE LYONS LAW GROUP, P.A.

/s/ Rebbecca A. Goodall
Andrew M. Lyons, Esq.
Florida Bar No.: 0011288
Rebbecca A. Goodall, Esq.
Florida Bar No.: 0115344
4103 Little Road
New Port Richey, FL 34655
(727) 375-8900
(727) 375-2334 (fax)
Email Service: pleadings@lyonslawgroup.com
Attorneys for Plaintiffs,
Nicholas France and Gretchen France

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished to the below named addressee(s) by Service of Process, as follows:

DITECH FINANCIAL, LLC
c/o C T CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION, FL 33324

/s/ Rebbecca A. Goodall
Rebbecca A. Goodall, Esq.

Filing # 63958890 E-Filed 11/08/2017 04:34:58 PM

IN THE CIRCUIT COURT OF THE SIXTH JUDICAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

NICHOLAS FRANCE AND
GRETCHEN FRANCE,

        Plaintiffs,

                                      Case No.:_____

v.

DITECH FINANCIAL, LLC,

        Defendant.

_____/

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION TO DEFENDANT**

TO: DITECH FINANCIAL, LLC
      c/o C T CORPORATION SYSTEM
      1200 S PINE ISLAND RD
      PLANTATION, FL 33324

      Pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, Plaintiff, by and through
the undersigned counsel, requests the Defendant to produce those documents and things
enumerated in the following list within forty-five (45) days in accordance with said Rule, at the
offices of the undersigned counsel.

**Instructions**

1. If you interpose an objection to providing the requested information please set forth the
following:

    a. The entire basis for your objection including reference to any statutory,
administrative rule/regulation, case law or common law authority for such an
objection.

    b. If your objection is based upon the work product doctrine, set forth the following
information:

        i. The entire basis for your objection including reference to any statutory,
administrative rule/regulation, case law or common law authority for such
an objection.

        ii. If your objection is based upon the work product doctrine, set for the
following information:

1. Whether or not the requested information exists and the general nature or such items (ex. tape recording of Plaintiff).
2. IDENTIFY the individuals who have possession of the requested information.
3. The date the requested information or items were created and the date same was obtained by you.

   iii. Provide any and all information or items which fall within the scope of the request and against no objection is asserted or applicable.

2. If no date or time is specified, assume it to be a period beginning with the date in which this document is responded to extending through the period for three (3) years prior to that date.

## **Definitions**

1. The "Defendant", "You", and "Your" refers to the named Defendant, Ditech Financial, LLC.

2. The "Plaintiff" refers to the named Plaintiffs, Nicholas France and Gretchen France.

3. The "Complaint" refers to the most recent Complaint filed in the above styled action.

4. The "Account" refers to Defendant's account number, loan number, or reference number XXXXXX1420.

5. The "Debt" refers to the amount of money allegedly owed by the Plaintiffs on the Account.

6. "Collections" or "Collection Activity" refers to any and all attempts to collect monies allegedly owed with regard to consumer debts or accounts by whatever means, including but not limited to phone calls, letters, and posting accounts with Credit Reporting Agencies such as but not limited to TransUnion, Equifax, or Experian.

7. "Foreclosure Action" refers to a legal action styled *Ditech Financial, LLC v. France, et al.,* Case No. 2015-CA-04023 (Sixth Judicial Circuit, Pasco County, Florida).

## PRODUCTION REQUESTS

1. Any and all documents identified in Response to all sets of Plaintiff's Interrogatories, Request for Admissions, and Requests for Statements.

2. Any and all documents summarizing, describing, instructing, detailing, or otherwise training any and all of Defendants' employees in any and all of the following areas as they relate to the allgations of the Complaint:

   a. Collection policies;

   b. Collection procedures;

   c. Collection methods;

   d. Collection techniques;

   e. Collection tactics;

   f. Collection rules;

   g. Collection regulations; and

   h. Compliance with local, state, or federal laws, codes, or regulations.

3. Any and all training, personnel, or other instruction manuals used by any and all personnel employed by or supervised by Defendants in collecting this debt.

4. Any and all collection software manuals and/or instruction guides for each and every computer system, software package, software system, telephone system, electronic device, or non-electronic device used in any manner by Defendants in collecting this debt.

5. Copies of all contracts between Defendant and third party skip tracing and auto-dialer vendors used in connection with Plaintiff, Plaintiff's account or in collecting this debt.

6.    Any and all documents recording, documenting, or otherwise tracking Defendants' attempts to communicate with respect to or collect this debt from Plaintiff, including but not limited to:

    a.   Records of all inbound or outbound telephone calls, to or from any Plaintiff;

    b.   Records of all inbound or outbound United States mail, to or from any Plaintiff.

    c.   Records of all other inbound or outbound communication of whatever kind, to or from any Plaintiff.

    d.   Records of all other inbound or outbound communication of whatever kind, to or from any Plaintiff from third party auto-dialer vendors.

7.    Defendant's phone records, call logs, or communication logs which depict all calls Defendant made to Plaintiff.  The records should include the date, time and phone number called.

8.    Any and all printouts computer, mechanical, electronic, screen shots or other reports printed, prepared, or otherwise created using any computer system, software package, software system, or other electronic or non-electronic device used in any manner by Defendants, which include any Plaintiff's name, address, telephone number(s), account number, or any other information which is personally identifiable and related to any Plaintiff.  PLEASE PRODUCE THESE ITEMS IN THEIR NATIVE, READABLE, ELECTRONIC, AND SEARCHABLE FORMAT AS REQUIRED UNER THE FEDERAL RULES AND CIVIL PROCEDURE CONCERNING ELECTRONICALLY STORED INFORMATION (ESI).

9.    Produce any and all documentation and information regarding the Plaintiff's account, including but not limited to servicing files, received by the Defendant from the predecessor in interest or the original creditor, in both printed and as electronically received and stored.

4

10. Produce any and all documentation and information regarding the Plaintiff's account received by the Defendant from its third party skip tracing vendors, in both hard copy printed and as electronically received and stored.

11. Produce any and all documentation and information regarding the Plaintiff's account received by the Defendant from its third party auto dialer vendors, in both hard copy printed and as electronically received and stored.

12. Produce any and all copies of all correspondence which Defendant mailed Plaintiff or received from Plaintiff, and which relate to this debt and attempts to collect this debt.

13. Produce any and all written documents outlining duties of the managing officer or agent responsible for Defendant's TCPA policy.

14. Produce the declaration and policy contract of any insurance which may be available to cover such incidents as described in the complaint.

15. Produce all documents, reports, spreadsheets, or other data of any kind summarizing, detailing or tracking the telephone number, quantity, frequency, date, time and/or instance of any attempt by Defendant(s) to contact Plaintiff(s) by telephone or otherwise. Please include the physical location and identity and telephone number of the custodian of such records, regardless of whether or not such attempted or successful contact was initiated by Defendant(s) or other service providers.

16. Produce any and all recordings of conversations or calls made on Plaintiff's account.

17. Produce any and all documents, data or things that show the Plaintiffs' express consent to receive telephone calls on a cellular telephone, or to receive calls on their cellular phone through use of an automatic telephone dialing system or a system that has the capacity to autodial.

18. Produce all invoices over the past five years for telephony equipment or software, including but not limited to automatic telephone dialing systems.

19. Produce all sales literature for telephony equipment or software used by Defendant over the past five years, including but not limited to automatic dialing systems.

20. Produce all manuals, memoranda, instructions and other documents which discuss describe or set forth standards, criteria, guidelines, policies or practices in place for and which relate to TCPA compliance.

21. Produce all manuals, memoranda, emails, data, instructions, and other documents setting forth defendant's policies, procedures or practices relating to its debt collection business by means of telephone calls, including but not limited to the use of automatic telephone dialing systems.

22. All documents concerning or relating to any effort, ever, by Defendant to determine a process, policy or practice whereby Defendant could determine whether a telephone number is or was a cellular telephone number.

23. All documents relating to the maintenance by defendant of policies, practices or procedures adapted to avoid calling persons who did not consent, or revoked consent, to be called on their cellular telephones.

24. All documents relating to the maintenance by defendant of policies, practices or procedures adapted to avoid contacting persons who are represented by legal counsel.

25. Produce a plain-English description or glossary for any and all lists, legends, codes, abbreviations, collector initials, or other non-obvious terms, words, or data contained in any of the documents produced in response to the requests herein.

THE LYONS LAW GROUP, P.A.

/s/ Rebbecca A. Goodall
Andrew M. Lyons, Esq.
Florida Bar No.: 0011288
Rebbecca A. Goodall, Esq.
Florida Bar No.: 0115344
4103 Little Road
New Port Richey, FL  34655
(727) 375-8900
(727) 375-2334 (fax)
Email Service: pleadings@lyonslawgroup.com
Attorneys for Plaintiffs,
Nicholas France and Gretchen France

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished to the below named addressee(s) by Service of Process, as follows:

DITECH FINANCIAL, LLC
c/o C T CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION, FL 33324

/s/ Rebbecca A. Goodall
Rebbecca A. Goodall, Esq.

7

Filing # 63958890 E-Filed 11/08/2017 04:34:58 PM

IN THE CIRCUIT COURT OF THE SIXTH JUDICAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

NICHOLAS FRANCE AND
GRETCHEN FRANCE, individually,

       Plaintiffs,

                                    Case No.:_____

v.

DITECH FINANCIAL, LLC, a foreign
limited liability company,

       Defendant.
_____/

## PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT AND NOTICE OF FILING

TO: DITECH FINANCIAL, LLC
     c/o C T CORPORATION SYSTEM
     1200 S PINE ISLAND RD
     PLANTATION, FL 33324

     Pursuant to Fla.R.Civ.P. 1.280 and 1.340 of the Florida Rules of Civil Procedure, Plaintiff propounds to Defendant the attached interrogatories to be answered under oath and in writing within forty-five (45) days after service hereof.

                THE LYONS LAW GROUP, P.A.

                /s/ Rebbecca A. Goodall
                Andrew M. Lyons, Esq.
                Florida Bar No.: 0011288
                Rebbecca A. Goodall, Esq.
                Florida Bar No.: 0115344
                4103 Little Road
                New Port Richey, FL 34655
                (727) 375-8900
                (727) 375-2334 (fax)
                Email Service: pleadings@lyonslawgroup.com
                Attorneys for Plaintiffs,
                Nicholas France and Gretchen France

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Service of Process upon:

DITECH FINANCIAL, LLC
c/o C T CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION, FL 33324

/s/ Rebbecca A. Goodall
Rebbecca A. Goodall, Esq.

## Instructions

1. Any references to "Defendant", "Defendants", "Defendant's" or "Defendant(s)" shall be treated as referring to Defendant, Ditech Financial, LLC. As used in these interrogatories and requests, any references indicating the use of masculine or feminine and any references indicating the use of singular or plural, shall be used interchangeably.

2. If any objection is made to any of the following interrogatories or discovery requests, the Defendant shall make any such objection and state the relevant legal basis for such objection. If any objection is made based upon a claim of privilege as to any response, Defendant shall state the legal basis for the privilege Defendant are invoking and provide a detailed privilege log to support the invocation of such privilege.

3. As used in these interrogatories and discovery requests, the term "document" or "documents" means every writing or recorded material of every type and description, of any kind, that is in the possession, control or custody of Defendant, which Defendant has knowledge, whether originals, copies or facsimiles. Such writings or recordings include, but are not limited to, collection notes, electronic computer collection records, printouts of collection records, sample collection letters, Metro-data tapes, diskettes, computer hard drives, tape backups, Zip-type disks, magnetic media of any kind, CD-ROM, DVD, correspondence, memoranda, stenographic notes, handwritten notes, contracts, documents, rough drafts, inter-office memoranda, memoranda for the files, letters, research materials, logs, diaries, forms, bank statements, tax returns, card files, books of account, journals, ledgers, invoices, diagrams, minutes, manuals, studies, publications, pamphlets, pictures, films, voice recordings, reports, surveys, minutes, statistical compilations, data

processing cards, computer records, tapes, print-outs, agreements, communications, state and federal governmental hearings, reports, correspondence, telegrams, memoranda, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, diaries, graphs, notebooks, note charts, charts, plans, drawings, sketches, maps, summaries or records of meetings or conferences, summaries or reports of investigations or negotiations, opinions or reports of consultants, photographs, video tape, motion picture film, digital photographs, brochures, advertisements, circular, press releases, drafts, any marginal comments appearing on any document, all other writings, books of all nature and kind whether handwritten, typed, printed, mimeographed, photocopied or otherwise reproduced, all tape recordings (whether for computer, audio, or visual replay) and all other written, printed, and recorded matter or tangible things upon which words, phrases, symbols or information of any kind are recorded, encrypted or otherwise stored.

4. A request to "identify" a document is a request to state the following, as applicable:

   a. The date of the document;

   b. The type of document;

   c. The names and present addresses of the person or persons who prepared the document and of the signers and addressors of the document;

   d. The name of the employer or principal whom the signers, addressers and preparers were representing;

   e. The present location of the document;

4

f.  The name and current business and home addresses of the present custodian of the original document, and any copies of it;

g.  A summary of the contents of the document; and

h.  If the original document was destroyed, the date and reason for or circumstances under which it was destroyed.

5.  These interrogatories and discovery requests are intended to cover all documents in Defendant's possession, or subject to their custody and control, regardless of location. If there are no such documents; then please so state. If there are such documents, please list and mark appended documents responsive to each request. (Federal Rules of Civil Procedure, Rule 34(b)).

6.  Each interrogatory propounded herein should be answered upon Defendant's entire knowledge from all sources and all information in Defendant's possession or otherwise available to Defendant, including information from Defendant's officers, employees, agents, representatives or consultants and information which is known by each of them. An incomplete or evasive answer is deemed a failure to answer.

7.  If any answer is qualified, Defendant shall state specifically the terms of each qualification and the reasons for it. If an interrogatory cannot be answered in full, state the part which can be answered and answer the same in full to the extent possible; state further and specifically the reason(s) why the remainder cannot be answered.

8.  If any interrogatory may be answered fully by a document, the document may be attached in lieu of an answer if the document is marked to refer to the Interrogatory to which it responds.

## DEFINITIONS

1.    "TCPA" means the Telephone Consumer Protection Act, 47 USC 227 et seq, with all
amendments.

2.    "ATDS" or "Automatic telephone dialing system(s)" means telephone equipment that has the
capacity to store or produce telephone numbers to be called using a random or sequential number
generator and/or dialing calls without human intervention as defined by the TCPA and Federal
Communications Commission.

3.    "DNC" means "Do-Not-Call" and refers to the national registry/list maintained by the
federal government which consumers who do not want unsolicited telemarketing calls may
register, and which telemarketers are required to cross verify numbers it intends to call on a
monthly basis.

4.    "Internal" Do-Not-Call refers to private and internal lists which telemarketers are required to
maintain within their business and update internally when consumers request them to stop
calling.

5.    "DBA" means "doing business as" or a name of your business that you use and communicate to
your customers or prospective customers that might differ from the corporate name.

6.    "PBX server" means a telephone main switchboard system that acts as a router for all phone
calls both inbound and outbound.

7.    "Virtual PBX VOIP (voice over internet protocol) system" means a digital based PBX based
system that shares the same functionality.

8.    "VOIP gateway" means voice over internet protocol gateway system that allows the conversion
of analog telephone audio signal to digital binary.

9.    "Automated dialer(s)" means telephone equipment that has the capacity. to store or produce telephone numbers to be called using a random or sequential number generator and/or dialing calls without human intervention.

10.   "Predictive dialer" means equipment and software that allows a party to initiate phone calls while Defendant's employees are talking to other consumers and includes a telephone control system that automatically calls a list of telephone numbers in sequence or random, screening out no-answers, busy signals, answering machines, cancelled calls and disconnected numbers while predicting at what point a human caller will be able to handle the next call.

11.   "Cloud based" means a remote server in which a program or data can be stored and accessed via the internet.

12.   ANI (Automatic Number Identification)-ANI means the phone number you called from.

13.   ANI II (Automatic Number Identifier II)-ANI II, means a two digit code containing information about the type of phone number you called from such as landline, coin operated payphone, correctional institution, mobile phone, etc.

14.   "Telephone solicitation" means a telephone call or message initiated by you for the purpose of encouraging the purchase or rental of, or investment in, property, goods, or services.

15.   "Plaintiff's telephone number(s)" means Plaintiff's cellular numbers 727-XXX-0675 and 727-XXX-1069

## INTERROGATORIES

1.    For each individual person, officer, employee, agent, or other entity answering or providing
      any information used by Defendant to answer any Interrogatory, state the first, last, and
      middle legal name, all DBA, fake, or alias name(s) used by this person, job title or capacity.

## ANSWER

2.    Identify all persons known to Defendant to have personal knowledge of any facts or issues
      involved in this lawsuit, state the following: first, last, and middle legal name, all DBAs,
      fake, or alias name(s) used by this person, job title or capacity.

## ANSWER

3.      Identify and describe with particularity all training that Defendant provides or receives, in the area of debt collection activities complained of in the Complaint, including but not limited to: the training content, timing, and duration, all documents and audio or visual materials used in such training, each person involved in providing such training and describe all documents, manuals, instructions, checklists, memorandum, restrictions or other documentation or instructions that Defendant is given, read, review, or otherwise use, regarding the collection of debts, along with disciplinary policy/policies for violating state and federal debt collection laws, and for violating other state or federal laws in the course of collecting debts of any kind

**ANSWER**

4.      Identify and describe any and all documents that describe, record, or contain information about the debt being collected from Plaintiff.

**ANSWER**

5.     State whether or not, Defendant uses "in-house", "cloud based" or "third party," automated

dialers, ATDS's and/or predictive dialers to contact consumers and / or third parties related

to consumer and; for "in-house" dialers, please identify all machines and equipment by

make, model, supporting systems including the hardware and software, if they are cloud

based also include where this equipment is located/stationed, and if third party based also

state the company name and address which made any telephone call in connection with

Plaintiff's account including but not limited to, Plaintiffs' telephone number(s) as well as

those of called third parties.

**ANSWER**

6.    Identify and describe fully any and all computerized, mechanical, manual, or other system(s) that Defendants use, maintain, or operate to record any and all mail, telephone, in-person, or other forms of communications, or attempted communications, with any persons in connection with the collection of Plaintiff's accounts including the type of communication, the target address/phone number, the dialing equipment used including Automated Telephone Dialing Systems, (ATDS), predictive dialers, pre-view mode software etc., (including type and location), who/what dialed the number, the substance of the communication, ANI/caller ID used, ANI II used, Calling Party Number used, as well as the date/time and what Defendants' policies and procedures are for operating such a system of records.

**<u>ANSWER</u>**

7.   Identify whether any or all of the Defendants electronically record, or tape record, telephone calls by any means with Plaintiff, and what steps are taken to preserve these recordings, identifying specifically whether or not any or all of the Defendants recorded any telephone call with the Plaintiff and whether or not these recordings have been preserved, and the current location and/or disposition of these recordings.

**ANSWER**

8.   In the form of a chronology, identify and describe in detail and with particularity, the process, events, and circumstances under which the debt allegedly owed by Plaintiff was referred, placed, sold to or otherwise assigned to the Defendants, and all documents relevant to, related to, or reflecting such referral, placement or assignment.

**ANSWER**

9.     Identify the business name, address, and telephone number of all persons, companies, corporations, or other entities who provided local or long distance telephone services or VOIP of any kind to Defendant, as well as identifying Defendant's account numbers for each such local and long distance or internet service provider and the companys' name and address, for a period of FOUR (4) YEARS before the date of Plaintiff's complaint to the present, and include all local or long distance telephone numbers used by Defendants when calling persons on Plaintiff's account. (PLAINTIFF REQUIRES IDENTIFICATION OF DEFENDANT'S TELEPHONE AND ACCOUNT NUMBERS IN ORDER TO SUBPOENA RECORDS OF CALLS FROM DEFENDANT TO PLAINTIFF DIRECTLY FROM DEFENDANT'S PHONE COMPANIES.)

**ANSWER**

10.     Identify the business name, address, and telephone number of all persons, companies, corporations, or other entities who provided predictive dialing, auto-dialing, robotic-dialing, automated-messaging, text-messaging, emailing, or similar services of any kind to Defendant's business, as well as identifying the telephone numbers and account numbers for each such service provider, for a period of FOUR (4) YEARS before the date this complaint was filed.

**ANSWER**

11.     Identify all sources from where you obtained plaintiff's phone number, and explain the facts and circumstances (who, what, when, why, when and how) surrounding how you obtained Plaintiff's telephone numbers, and if applicable, identify the business name, address, and telephone number of all persons, companies, corporations, or other entities who provided skip-tracing, location, or similar services of any kind to Defendants' business related to Plaintiff's account, as well as identifying the telephone numbers and account numbers for each such service provider, for a period of FOUR (4) YEARS before the date of Plaintiff's complaint filing to the present.

**ANSWER**

14

12.   Identify managing officers, employees and agents responsible for the corporate
      Defendant's Telephone Consumer Protection Act (TCPA), the FDCPA and Florida debt
      collection laws compliance policies and procedures and detail any and all procedures in
      place for TCPA compliance regarding Defendant's in house auto dialer, Defendant's
      ATDS or the defendant's third party auto dialer vendors.

**ANSWER**

13.   Please specifically describe any and all documents that describe, record, or establish
      Plaintiff's "prior express consent," and all documents, data, expected testimony, or other
      things you contend support such.

**ANSWER**

Dated this _____ day of _____, _____.

By:_____
                    Signature

NAME:_____
TITLE:_____
ADDRESS:_____
             _____
             _____
PHONE:_____

STATE OF FLORIDA
COUNTY OF _____

        BEFORE ME the undersigned authority, personally appeared _____,
And who being duly sworn, deposes and says that the Answers to Plaintiffs' Interrogatories to
Defendant herein are true and correct to the best of his/her knowledge and belief.

                              _____
                              Notary Public Signature
                              Notary Public Name:_____
                              Commission No.:_____

16