# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NICHOLAS FRANCE and
GRETCHEN FRANCE,

        Plaintiff,                  Case No. 8:17-cv-03038-SCB-MAP

v.

DITECH FINANCIAL LLC,

        Defendant.

_____/

## **DEFENDANT'S NOTICE OF FILING**

Defendant, DITECH FINANCIAL LLC ("Defendant"), by and through its undersigned counsel, hereby gives notice of filing the attached corrected **Exhibit A** (the Complaint filed in the state court foreclosure action on December 16, 2015) in support of its Motion to Dismiss, Or, Alternatively, for a More Definite Statement filed with this Court on February 21, 2018 (Doc 15).

                                              Respectfully submitted,

                                              /s/ E. TYLER SAMSING
                                              TIMOTHY A. ANDREU, ESQ. (FBN: 443778)
                                              Primary: tandreu@bradley.com
                                              Secondary: ddecker@bradley.com
                                              E. TYLER SAMSING, ESQ. (FBN: 28380)
                                              Primary: tsamsing@bradley.com
                                              Secondary: ddecker@bradley.com
                                              **BRADLEY ARANT BOULT CUMMINGS LLP**
                                              100 N. Tampa Street, Suite 2200, Tampa, FL 33602
                                              Telephone: (813) 559-5500 | Fax: (813) 229-5946
                                              *Counsel for Ditech Financial LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send an electronic notification of such filing to:

**Andrew M. Lyons, Esq.**
**Rebbecca A. Goodall, Esq.**
Email Service: pleadings@lyonslawgroup.com
**The Lyons Law Group, P.A.**
4103 Little Road
New Port Richey, FL 34655

/s/ E. TYLER SAMSING
Attorney