**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NICHOLAS FRANCE and
GRETCHEN FRANCE,

        Plaintiff,        Case No. 8:17-cv-03038-SCB-MAP

v.

DITECH FINANCIAL LLC,

        Defendant.

_____/

**NOTICE OF SETTLEMENT**

    Plaintiffs, NICHOLAS FRANCE and GRETCHEN FRANCE, and Defendant, DITECH FINANCIAL LLC (together, the "Parties"), by and through their respective undersigned counsel, hereby submit this Notice of Settlement and state that the Parties have reached a settlement with regard to this case which would resolve the matters at issue in their entirety. The Parties anticipate filing a dismissal of the instant action within thirty (30) days hereof.

| | |
|---|---|
| /s/ REBBECCA A. GOODALL | /s/ E. TYLER SAMSING |
| Andrew M. Lyons (FBN: 0011288) | Timothy A. Andreu (FBN: 443778) |
| Rebbecca A. Goodall (FBN: 0115344) | Primary: tandreu@bradley.com |
| THE LYONS LAW GROUP, P.A. | Secondary: ddecker@bradley.com |
| 4103 Little Road | E. Tyler Samsing (FBN: 28380) |
| New Port Richey, FL 34655 | Primary: tsamsing@bradley.com |
| Email Service: pleadings@lyonslawgroup.com | Secondary: djones@bradley.com |
| | BRADLEY ARANT BOULT CUMMINGS LLP |
| *ATTORNEYS FOR NICHOLAS FRANCE* | 100 N. Tampa Street, Suite 2200, Tampa, FL 33602 |
| *AND GRETCHEN FRANCE* | Telephone: (813) 559-5500 | Fax: (813) 229-5946 |
| | |
| | *ATTORNEYS FOR DITECH FINANCIAL LLC* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 12, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send an electronic notification of such filing to:

**Andrew M. Lyons**
**Rebbecca A. Goodall**
Email Service: pleadings@lyonslawgroup,com
**The Lyons Law Group, P.A.**
4103 Little Road
New Port Richey, FL 34655

              /s/ E. TYLER SAMSING
              Attorney