**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NICHOLAS FRANCE and
GRETCHEN FRANCE,

        Plaintiff,           Case No. 8:17-cv-03038-SCB-MAP

v.

DITECH FINANCIAL LLC,

        Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate and announce to the Court that an amicable settlement has been reached by and between Plaintiffs, NICHOLAS FRANCE and GRETCHEN FRANCE, and Defendant, DITECH FINANCIAL LLC. Therefore, it is hereby:

STIPULATED AND AGREED, by and between the parties and their respective undersigned counsel:

1. This action be dismissed with prejudice;

2. Each party agrees to bear its own costs and attorney's fees; and

3. The parties stipulate and consent to entry of the Agreed Order in the form attached as **Exhibit A**.

| | |
|---|---|
| /s/ REBBECCA A. GOODALL | /s/ E. TYLER SAMSING |
| Andrew M. Lyons (FBN: 0011288) | Timothy A. Andreu (FBN: 443778) |
| Rebbecca A. Goodall (FBN: 0115344) | Primary: tandreu@bradley.com |
| THE LYONS LAW GROUP, P.A. | Secondary: ddecker@bradley.com |
| 4103 Little Road | E. Tyler Samsing (FBN: 28380) |
| New Port Richey, FL 34655 | Primary: tsamsing@bradley.com |
| Email Service: pleadings@lyonslawgroup.com | Secondary: djones@bradley.com |
| | BRADLEY ARANT BOULT CUMMINGS LLP |
| *ATTORNEYS FOR NICHOLAS FRANCE* | 100 N. Tampa Street, Suite 2200, Tampa, FL 33602 |
| *AND GRETCHEN FRANCE* | Telephone: (813) 559-5500 \| Fax: (813) 229-5946 |
| | |
| | *ATTORNEYS FOR DITECH FINANCIAL LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send an electronic notification of such filing to:

**Andrew M. Lyons**
**Rebbecca A. Goodall**
Email Service: pleadings@lyonslawgroup,com
**The Lyons Law Group, P.A.**
4103 Little Road
New Port Richey, FL 34655

                                           /s/ E. TYLER SAMSING
                                           Attorney

**EXHIBIT "A"**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NICHOLAS FRANCE and
GRETCHEN FRANCE,

        Plaintiff,        Case No. 8:17-cv-03038-SCB-MAP

v.

DITECH FINANCIAL LLC,

        Defendant.

_____/

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal (the "Stipulation") and the parties having reached an amicable settlement and agreed to entry of this Order

IT IS ORDERED AND ADJUDGED that:

1. The Stipulation is granted, approved, and ratified;

2. This action is dismissed with prejudice;

3. Each party shall bear its own costs and attorney's fees; and

4. Notwithstanding the foregoing, the Court retains jurisdiction to enforce the terms of the settlement agreement reached by the parties.

DONE AND ORDERED in Tampa, Florida, this ____ day of _____.


_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record via CM/ECF